State of Texas                                    20 Dec 15

                                                  269,085-11

Dear clerk court Justice

my case Has Been overturn and charge
Dismissed See case on Date   17 JAN 15
Louis B. Stredic V. State of Texas on computer
I Had 11.07 filed for me by Michael B. Charleston
14 MARCH 14 my case Has Been dismissed on 14 march
14. 1789871. The case shows enhancement Void. This
case was over turned 30 Sept 11 Louis B Stredic V. State of
Texas on Louis B. Stredic V. ALVIN.   my Name
is Louis B. Stredic I Have 88 zillon dollars in the
Texas Supreme court. I Am Executive Chief Justice
my case that is granted is # 1 877 66 7766
Please send me a letter showing my case Has been
granted on 14 march 14. 1789871 as Void marking
the conviction void and 17 JAN 15 showing my
Case overturned 8x time

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

                              Thank you
                              LB Jefferson Stredic
                              1811 019
                              375 Fm 2972 W
                              Sky view
                              Rusk Tx 75785